# AMENDED Chapter 13 Plan

Case No. 12-05957-TOM-13

Debtor(s): __Dedra L. Peoples__  SS#: __XXX-XX-9635__  Net Monthly Earnings: __$5,047.00__

XXX-XX-____  Number of Dependents: __3__

Full Address: __2411 Golden Pine Lane SW, Birmingham, Alabam 35211__

I. Plan Payments:
   ( _ ) Debtor(s) propose to pay direct a total of $_____ ☐ weekly ☐ biweekly ☐ semi-monthly ☐ monthly. _____ for
   ( ✓ ) Payroll deduction Order: To __City of Birmingham__
   $ __150.00__ ☐ weekly ✓ biweekly ☐ semi-monthly ☐ monthly.

   Length of plan is approximately __60__ months, and total debt to be paid through plan is approximately $ __10,832__.

II. From the payments so received, the Trustee shall make disbursements as follows:

   A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [(See § 1322(a)(2)].

   The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

   | CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
   |---|---|---|---|
   |  |  |  |  |

   B. Total Attorney Fee: $ __2,750.00__ ; $ __0__ paid pre-petition; $ __250__ to be paid at confirmation and $ __50__ per month for __50__ months

   C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

   1. Long Term Debts.

   | Name of Creditor | Total Amount of Debt | Amount of regular payment to be paid ☐ by Trustee ✓ by Debtor | Regular payments to begin: Month/Year | Arrears to be paid by Trustee | Months included in arrearage amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
   |---|---|---|---|---|---|---|---|
   | Springleaf Financial | $32,893.00 | $544.00 | January 2013 | $3,540.00 | through December 2012 | 12% | 110 |
   | Wells Fargo Home Mortgage | 38,326.00 | 342.00 | January 2013 | 5,508.00 | through December 2012 | 6% | 120 |

   2. Secured Debts (not long term debts) to be paid through Trustee:

   | Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed Fixed Payments | Fixed Payment to Begin |
   |---|---|---|---|---|---|---|---|---|
   | None |  |  |  |  |  |  |  |  |

III. Other debts (not shown in 1 or 2 above) which Debtor(s) propose to pay direct:

   | Name of creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
   |---|---|---|---|---|
   | Federal Loan Servicing | $30,244.00 | None | student loan | All student loans are in forbearance due to financial hardship. If payments become due on student loans, Debtor will amend her Chapter 13 Plan to provide for payment through the Plan. |
   | Ed Financial Services | 36,858.23 | None | student loan |  |
   | AT&T |  |  |  | Debtor (i) will pay all pre and post-petition utility service charges in lieu of posting a deposit under 11 U.S.C. § 366 and (ii) acknowledges that 11 U.S.C. § 352 will not prohibit collection of these debts. |
   | Alabama Gas Corporation |  |  |  |  |
   | Alabama Power Company |  |  |  |  |
   | Birmingham Water Works |  |  |  |  |

☐ This is an original plan.
✓ This is an amended plan replacing plan dated 12/18/2012
✓ This plan proposes to pay unsecured creditors __100__ %
☐ Other provisions: _____

Attorney for Debtor Name/Address Telephone #  Dated: __01/18/2013__  /s/ Dedra L. Peoples
Daisy M. Holder, Attorney at Law  Signature of Debtor
505 20th Street North, Suite 1625
Birmingham, Alabama 35203-2605
TELEPHONE: (205) 251-2334
FACSIMILE: (205) 328-8069

Signature of Debtor

## CERTIFICATE OF SERVICE

I hereby certify that on the _18th_ day of _January_, 2013, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

D. Sims Crawford, Trustee
Chapter 13 Bankruptcy Cases
Northern District of Alabama
P.O. Box 10848
Birmingham, AL 35202

and I hereby certify that on the _18th_ day of _January_, 2013, I served a copy of the foregoing pleading on creditors listed on attached Matrix, by depositing a copy of the same in the United States mail, properly addressed and postage prepaid.

_____
Daisy M. Holder
Attorney for Debtor


Daisy M. Holder
Attorney at Law
1625 Financial Center
505 20th Street North
Birmingham, Alabama 35203-2605
TELEPHONE: (205) 251-2334
FACSIMILE: (205) 328-8060
E-MAIL: holderesq@aol.com

Label Matrix for local noticing
1126-2
Case 12-05957-TOM13
NORTHERN DISTRICT OF ALABAMA
Birmingham
Wed Jan 16 11:03:52 CST 2013

U. S. Bankruptcy Court
505 20th Street North
Fourth Floor
Birmingham, AL 35203-2605

ALA DEPT OF REVENUE LEGAL DIV
P.O. BOX 320001
MONTGOMERY, AL 36132-0001

AT&T
PO Box 5093
Carol Stream, Illinois 60197-5093

Alabama Gas Corporation
Attn: Bankruptcy Department, 605 21st S
Birmingham, Alabama 35203

Alabama Power Company
600 North 18th Street
Birmingham, Alabama 35203-2200

Attorney General
Department of Justice
10th Street and Constitution Ave NW
Washington, DC 20202-0001

Attorney General
US Department of Justice
10th Street and Constitution Ave NW
Washington, DC 20202-0001

Belk/GE Capital Retail Bank
c/o Portfolio Recovery Associates, LLC
140 Corporate Boulevard
Norfolk, VA 23502-4952

BellSouth Telecommunications, Inc.
% AT&T Services, Inc
Karen Cavagnaro, Paralegal
One AT&T Way, Room 3A231
Bedminster, NJ 07921-2693

Birmingham Water Works Board
3600 1st Avenue North
Birmingham, Alabama 35222-1210

EdFinancial Services
PO Box 36014
Knoxville, Tennessee 37930-6014

Edfinancial Services for Edsouth
120 N Seven Oaks Drive
Knoxville, TN 37922-2359

Edfinancial Services on behalf of USAF
Sallie Mae Guarantee Services, INC
Attn: Bankruptcy Litigation Unit
PO Box 9430
Wilkes-Barre, PA 18773-9430

FedLoan Servicing
US Department of Education
PO Box 69184
Harrisburg, PA 17106-9184

Internal Revenue Service
PO Box 7346
Philadelphia, Pennsylvania 19101-7346

J.T. Smallwood, Tax Collector
Jefferson County, Room 160
716 Richard Arrington Jr Blvd N
Birmingham, Alabama 35203-0112

Metro Pediatrics PC
401 Valley Avenue
Birmingham, Alabama 35209-3805

(p)SPRINGLEAF FINANCIAL SERVICES
P O BOX 3251
EVANSVILLE IN 47731-3251

State of Alabama
Department of Revenue
50 North Ripley Street
Montgomery, Alabama 36132-0001

United States Attorney
Northern District of Alabama
1801 4th Avenue North
Birmingham, AL 35203-2101

United States Attornrey
Northern District of Alabama
1801 4th Avenue North
Birmingham, AL 35203-2101

Wells Fargo Home Mortgage
PO Box 10335
Des Moines, Iowa 50306-0335

D. Sims Crawford
Chapter 13 Standing Trustee
NON-PAYMENTS: P O Box 10848
Birmingham, AL 35202

Daisy M. Holder
1625 Financial Ctr, 505 20th St N
Birmingham, AL 35203

Dedra L. Peoples
2411 Golden Pine Lane SW
Birmingham, AL 35211-5338

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Springleaf Financial Services
Green Springs Shopping Center
430 Green Springs Hwy, Suite 13
Homewood, Alabama 35219-960

End of Label Matrix
Mailable recipients    25
Bypassed recipients     0
Total                  25